# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **SJM INVESTMENTS LLC,** § | | **PLAINTIFF** |
| *doing business as Days Inn* § | | |
| § | | |
| v. § | | Civil No. 1:23cv275-HSO-BWR |
| § | | |
| **PALOMAR SPECIALTY** § | | |
| **INSURANCE COMPANY** § | | **DEFENDANT** |

*CONSOLIDATED WITH*

| | | |
|---|---|---|
| **PALOMAR SPECIALTY** § | | **PLAINTIFF** |
| **INSURANCE COMPANY** § | | |
| § | | |
| v. § | | Civil No. 1:23cv276-HSO-BWR |
| § | | |
| **SJM INVESTMENTS LLC,** *et al.* § | | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The remaining parties have announced to the Court a settlement of these cases. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that these matters be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil actions are dismissed with prejudice as to all parties.

**SO ORDERED** this the 23rd day of December, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE